**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1156

ROBERT W. JOHNSON,

Plaintiff - Appellant,

v.

ANDREW CUOMO; JOHNATHAN SMITH; WILLIAM LAMOT; RICHMOND
UNIVERSITY MEDICAL CENTER; JENNIFER GOMEZ; NEW YORK STATE,
Division of Human Rights,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Liam O'Grady, Senior District Judge.  (1:22-cv-00079-LO-TCB)

Submitted:  October 13, 2022                    Decided:  October 17, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert W. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert W. Johnson seeks to appeal the district court's order dismissing without prejudice his civil action for failure to state a claim and providing Johnson the opportunity to file an amended complaint.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  *See Britt v. DeJoy*, 45 F.4th 790, 793, 796-97 (4th Cir. 2022) (en banc) (order) (explaining that a plaintiff who wishes to "seek appellate review by electing to stand on [his] complaint . . . should request that the district court enter a final decision dismissing [his] case without leave to amend").  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

                                                                                            *DISMISSED*